IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00274-CV

 

hubert
warren

v.

mcLEnnan county judiciary, rex d. davis, 

bill
vance, and tom gray

 

 



From the 414th
District Court

McLennan County, Texas

Trial Court No. 2009-1280-5

 



ORDER OF disqualification










 

            I hereby disqualify myself from
further participation in this case.  Tex.
Const., art. V, § 11; Tex. R.
App. P. 16.1; and Tex. R. Civ. P.
18b(1)(b).

 

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

                                                                        Date:
  August ___, 2009